IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18MJ3 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| JAVIER MURILLO, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Thomas J. Gross, as a Criminal Justice Act Training Panel Member, to assist in the defense of Javier Murillo.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Thomas J. Gross is hereby assigned to assist AFPD Richard H. McWilliams in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Thomas J. Gross shall not be eligible to receive compensation for his services in this case.

AFPD Richard H. McWilliams shall continue to be primary counsel on behalf of the Defendant, Javier Murillo.

Dated: January 8, 2018

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge